# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**PRESTON PAUL PARRISH THERIOT**                    CIVIL ACTION

**VERSUS**                                          NO. 21-1055

**LAFOURCHE   PARISH   SHERIFF'S**                  SECTION "T" (2)
**OFFICE, ET AL.**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that Preston Paul Parrish Theriot's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this ___10th___ day of _____November_____, 2021.

_____
UNITED STATES DISTRICT JUDGE